IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

        Plaintiff,

    vs.                                    Case No. 08-10106-04,06,09,10,17,21,24,28

ISIDRO HERNANDEZ,
MICHAEL PLESS,
GUADALUPE ANDRADE,
RONALD COOK,
DEANDRE GILKEY,
PASCAUL VILLA,
RYAN LAMBERT, and
COLBY BARRON,

        Defendants.

## MEMORANDUM AND ORDER

This is a multi-defendant case, which has been declared complex. Presently before the court are Pless, Hernandez and Villa's motions for a *James* hearing (Dkt. Nos. 260, 268 and 274). Andrade, Barron, Cook, Gilkey, Hernandez, Lambert and Pless filed general joinder motions (Dkt. Nos. 261, 267, 269, 277, 278, 301 and 323) and are included in this order.

The motions are granted. The court will notify the parties of the date for the *James* hearing.

IT IS SO ORDERED this 7th day of April, 2009.

                                                      s/ J. Thomas Marten
                                                      J. THOMAS MARTEN, JUDGE